IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY SCOTT SIMBOLI,         :
                                :
    Plaintiff               :
                                :
  v.                            :   CIVIL NO. 4:CV-16-1647
                                :
WARDEN PERDUE, ET AL.,          :   (Judge Brann)
                                :
    Defendants              :

## ORDER

October 12, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Simboli' action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge